AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> Richardo Williams and <br> Hendrix Reno Forbes, <br><br> *Defendant(s)* | ) <br> ) <br> ) Case No. 13-8242-DLB <br> ) <br> ) <br> ) |

FILED by ___ D.C.
MAY 13 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __05/09/13__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(2)(B)(i)(i) and | Alien Smuggling and Conspiracy |
| 8 U.S.C. § 1327 | Did knowingly aid or assisted an alien inadmissible to enter the United States |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Scott H. Stacy, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-13-13

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Dave Lee Branon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Scott Stacy, being duly sworn, depose and state:

1.  I am a Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection (CBP) (formerly Immigration and Naturalization Service), United States Border Patrol and have been so employed for sixteen (16) years. I am currently assigned to the West Palm Beach Border Patrol Station, Riviera Beach, Florida. The station is located in the Southern District of Florida.

2.  As a Border Patrol Agent, my duties include the detection and interdiction of individuals illegally entering the United States, and those aliens who are currently within the United States illegally. I am trained in detecting and locating individuals suspected of assisting aliens in their illegal entry into the United States by any means. I am also responsible for the investigation and processing of aliens who are entering or residing illegally in the United States as well as the investigation of people responsible for the smuggling of such undocumented aliens.

3.  The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of CBP. I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause to charge Ricardo WILLIAMS and Hendrix Reno FORBES with a violation of a Title 8, United States Code, Section 1324 and 1327.

1

## FACTUAL BACKGROUND

4. On May 9, 2013, at approximately 6:15 a.m., the West Palm Beach Border Patrol Station responded to a call for assistance from the Palm Beach Police Department in reference to a possible migrant landing that had taken place on Palm Beach Island, Florida.

5. Officers advised Agents that at approximately 5:20 a.m., the Palm Beach Police Department responded to a call for a suspicious group of people in the back of a parking lot near the 300 block of South Lake Drive in Palm Beach Island, Palm Beach County in the Southern District of Florida. Further investigation by the Palm Beach Police Department resulted in the apprehension of five foreign nationals suspected of being part of a migrant landing that had taken place near Ocean Boulevard and the intersection of Brazilian Avenue.

6. Four of the subjects were in custody at the Palm Beach Police Department and one was in custody at Good Samaritan Hospital being evaluated for difficulty breathing due to chronic asthma and who had also injured his leg.

7. An agent on scene, at the police department, identified himself as a Border Patrol agent and questioned the four subjects as to their citizenships. One of the subjects identified himself as a Jamaican national who admitted to being in the U.S. illegally and could not produce any immigration documents to be or remain in the U.S. legally. The remaining three subjects identified themselves as Haitian nationals and

2

were not able to produce any type of immigration documents to be or remain in the U.S. legally.

8.   All four subjects were placed under administrative arrest and transported to the Border Patrol Station for further investigation and processing. The other alien was interviewed at the hospital and was identified as an illegal alien from Jamaica that had just arrived by boat.

9.   Several hours later, USCG and Palm Beach Sheriff's Office responded to a distress call of a vessel stranded in the Atlantic Ocean which ran out of fuel. The vessel was adrift approximately 26 nautical miles east of Jupiter, FL located near coordinates 26.7867, -079.6134. The vessel was occupied by Ricardo WILLIAMS and Hendrix Reno FORBES, both of whom are Bahamian nationals. The subjects claimed to have run out of gas after laying crab traps near Freeport even though the boat was clean of fishing tackle and any sign of bait.

10.   Based on these two suspicious events, Border Patrol agents requested photographs of the occupants and the boat. USCG and PBSO provided photographs to the agents. Three of the aliens in custody at the Border Patrol station were able to positively identify the boat as the boat in which they came to the U.S. One of the aliens said it looked like the same boat but he did not remember the two containers on the boat. One of the aliens identified the picture of WILLIAMS as the boat captain that brought them into the U.S. illegally.

3

11.     The vessel and the occupants were then taken to USCG Station Lake Worth Inlet where they were turned over to Border Patrol agents for questioning.

## INTERVIEWS

12.     At the Border Patrol station, David ROCKETT positively identified WILLIAMS, through a photo lineup, as the captain of the vessel that he took from the Bahamas to the United States the previous night. ROCKETT positively identified FORBES, through a photo lineup, as the co-captain of the vessel. ROCKETT said that WILLIAMS did most of the driving of the boat and that FORBES drove for short periods. ROCKETT said he paid a man in the Bahamas $2,500 to be smuggled to the United States.

13.     At the Border Patrol station, WILLIAMS provided a post Miranda statement. WILLIAMS admitted to making a deal with a man in the Bahamas to bring people to the United States. WILLIAMS said that he was going to be given the boat if he brought the people to the U.S. WILLIAMS stated that the people arrived at the boat about five minutes after he arrived at the boat. WILLIAMS said he left Freeport with the people on board around midnight to 12:30 a.m. Thursday. WILLIAMS said that he dropped of the people and headed back to the Bahamas when the boat ran out of gas. WILLIAMS said there was no GPS on board and that he used a compass to navigate.

4

14.     At the Border Patrol station, FORBES provided a post <u>Miranda</u> statement. FORBES stated that WILLIAMS offered to pay him $5,000 to be a "lookout" for the trip. FORBES stated that he knew the people on the boat were entering the U.S. illegally.

15.     Interviews of the aliens revealed that all of the aliens arrived from the Bahamas on May 9, 2013 and the smuggled aliens paid between $500 and $3,500 to be smuggled to the United States.

WHEREFORE, based upon the foregoing, your affiant submits that there is probable cause to believe that on or about May 9, 2013, Ricardo WILLIAMS and Hendrix Reno FORBES, the defendants, did for the purpose of commercial advantage and private financial gain, knowing or in reckless disregard of the fact that an alien has not received prior official authorization to come to, enter, or reside in the United States, brings to or attempts to bring to the United States in any manner whatsoever, such alien, regardless of any official action which may later be taken with respect to such alien shall, for each alien in respect to whom a violation of this paragraph occurs, that is three Haitians and two Jamaican nationals, will be in violation of law, that is in violation of Title 8, United States Code, Section 1324(a)(2)(B)(i)(i) and the defendants, knowingly aided or assisted an alien inadmissible under section 1182(a)(2) or 1182(a)(3) of this title to enter the United States, or who connives or conspires with any person or persons to

5

allow, procure, or permit any such alien to enter the United States, will be in violation of law, that is in violation of Title 8 United States Code, Section 1327.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SCOTT H. STACY
BORDER PATROL AGENT
UNITED STATES BORDER PATROL

Sworn and subscribed to before me this ___ day of May, 2013.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-8242-DLB

### BOND RECOMMENDATION

DEFENDANT: RICARDO WILLIAMS

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: EMALYN WEBBER

Last Known Address: _____

What Facility: _____

Agent(s): S/A SCOTT H. STACY
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
U.S. DEPARTMENT OF HOMELAND SECURITY
WEST PALM BEACH, FLORIDA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-8242-DLB

### BOND RECOMMENDATION

DEFENDANT: HENDRIX RENO FORBES

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: EMALYN WEBBER

Last Known Address: _____

What Facility: _____

Agent(s): S/A SCOTT H. STACY
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
U.S. DEPARTMENT OF HOMELAND SECURITY
WEST PALM BEACH, FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   13-8242-DLB

UNITED STATES OF AMERICA

vs.

RICARDO WILLIAMS
and HENDRIX RENO FORBES,

**Defendants.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _x_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _x_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
EMALYN WEBBER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 407501
500 S. Australian Ave., Suite 400
West Palm Beach, Florida  33501
TEL (561) 820-8711
FAX (651) 802-1787